IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

VS.                    CASE NO. 4:00-cr-40009-01

ANDRE STEWART                                                                 DEFENDANT

**ORDER**

Before the Court is Defendant Andre Stewart's Motion to Modify Conditions of Release. (ECF No. 161). The Government has responded. (ECF No. 162). The motion will be granted as follows.

On February 15, 2001, the Court sentenced Defendant to 108 months imprisonment and 8 years supervised release. On May 8, 2008, the Court reduced Defendant's sentence to 87 months imprisonment. Defendant served his term of imprisonment and is currently serving out his term of supervised release.

Defendant now requests the Court to terminate and discharge his supervised release. After consulting the U.S. Probation Officer responsible for supervising Defendant and considering that Defendant has successfully completed 5 years and 6 months of his supervised release term, the Government does not object to Defendant's petition for early termination of supervised release.

A district court may terminate supervised release "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making its determination, the Court must consider factors set forth under 18

U.S.C. § 3553(a), to the extent they are applicable. Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, and the need to provide the defendant with correctional treatment in the most efficient manner. Upon consideration, the Court finds that Defendant's motion (ECF No. 161) should be and hereby is **GRANTED**.

**IT IS SO ORDERED**, this 14th day of January, 2014.

/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge
